UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD CURETON,

    Plaintiff,

vs.                                                  Civil Action No.
                                                    07-CV-14213

                                                    HON. BERNARD A. FRIEDMAN

CHAD SMITH, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT SHELDON'S MOTION TO QUASH SERVICE

       This matter is presently before the Court on Defendant Sheldon's Motion to Quash Service [docket entry 7]. On January 30, 2008, Magistrate Judge Steven D. Pepe issued a Report and Recommendation ("R&R"), in which he recommended that Defendant's Motion to Quash Service be granted. Plaintiff has not filed an objection, and the time to do so has expired.

       The Court has had the opportunity to fully review this matter. After conducting a *de novo* review, the Court finds that Magistrate Judge Pepe correctly and thoroughly analyzed all of the issues presented, and that he reached the proper conclusions for the proper reasons. Therefore, the Court will accept and adopt the Magistrate Judge's R&R as the findings and conclusions of the Court. Accordingly,

1

IT IS ORDERED that Magistrate Judge Pepe's R&R of January 30, 2008, is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Defendant Sheldon's Motion to Quash Service [docket entry 7] is granted.

\_\_s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: February 15, 2008
      Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins
Case Manager to Chief Judge Friedman